

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00633-CV

**CITY OF RIO GRANDE, TEXAS**, and Its Elected Officials,
Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: January 10, 2019

DISMISSED

The parties have filed a joint motion to dismiss this appeal due to settlement. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM